THE PEOPLE OF THE STATE OF NEW YORK ex rel. PUBLIC SERVICE INTERSTATE TRANSPORTATION CO., INC., Respondent, *v.* PUBLIC SERVICE COMMISSION et al., Appellants.

(Submitted June 8, 1933; decided October 3, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 39.)

CENTRAL AUTO RENTING CORPORATION, Respondent, *v.* COMMERCIAL CREDIT CORPORATION OF BALTIMORE, Appellant.

(Submitted July 11, 1933; decided October 3, 1933.)

*Herman Scheckner* for motion.
*Walter G. Schelker, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.